ACCEPTED
03-15-00251-CV
7019145
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 3:10:50 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00251-CV
IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 3:10:50 PM
JEFFREY D. KYLE
Clerk

_____

FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO,

*Appellant*

v.

HOUSEHOLD FINANCE CORP. III,

*Appellee*

_____

FROM THE COUNTY COURT AT LAW NUMBER TWO OF TRAVIS
COUNTY, TEXAS
Trial Court Cause No. C-1-CV-14-010888

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

_____

Penny Y. Haye
Texas Bar No. 24030363
Law Office of Penny Haye
7703 North Lamar Blvd Suite 400
Austin, Texas 78752
Telephone: (512) 677-4293
Facsimile: (512) 777-4535
Penny_haye@sbcglobal.net

ATTORNEY FOR APPELLANT

TO THE HONORABLE JUDGE OF SAID COURT:

APPELLANT, FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO ask the Court to extend the time to file their brief.

## A. Introduction

1. Appellant is FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO ("Appellant"); Appellee is HOUSEHOLD FINANCE CORP. III ("Household").

2. The undersigned is attorney for Appellant.

3. The deadline to file Appellant's Brief is September 22, 2015.

4. Appellant requests a extension of time to file Appellant's Brief.

5. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

## B. Argument & Authorities

6. Rule 10.5(b) authorizes Appellant to request an extension of time to file Appellant's Brief and the Court has authority to extend the time to file the Appellant's Brief under Tex. R. App. P. 38.6(d).

7. This is the second request for an extension of time to file Appellant's Brief.

8. The court reporter's record was requested as required by Tex. R. App. P. 35(b), but is not yet on file with the appellate court. The Appellant's brief is due within the later of 30-days of:

(1)    The date the clerk's record was filed; or

(2)    The date the reporter's record was filed.  Tex. R. App. P. 38.6(a).

Under the rules, Appellant's brief is not yet due and Appellant cannot be expected to prepare a brief without the court reporter's record.

9.    The length of the extension sought is thirty (30) days.

10.    All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## C.  Conclusion

11.    The undersigned, as attorney for Appellant, requests a 30 day extension for the deadline to file Appellant's Brief.

## D.  Prayer

For these reasons, Appellant asks the Court to grant this motion and extend the time for filing its Appellant's Brief for 60 days.

Respectfully submitted,

By: */s/ Penny Y. Haye*
Penny Y. Haye
State Bar No. 24030363
Law Office of Penny Haye
7703 North Lamar Blvd Suite 340
Austin, Texas 78752
Telephone: (512) 677-4293
Facsimile: (512) 777-4535

Penny_haye@sbcglobal.net
ATTORNEY FOR APPELLANT

## **Certificate Of Conference**

I certify that I attempted to confer with counsel for Appellee regarding this motion but was unsuccessful.

By: */s/ Penny Y. Haye*
Penny Y. Haye

## **Certificate Of Service**

I hereby certify that on this the 21rd day of September 2015, a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was served upon counsel of record for Appellee via this Court's online filing system to the following:

Sarah Robbins
Hughs, Watters & Askanase, L.L.P.
Three Water Center
333 Clay, 29th floor
Houston, Texas 77002
ATTORNEY FOR APPELLEE

By: */s/ Penny Y. Haye*
Penny Y. Haye